**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| BELINDA PALOBLANCO, | ) | Case No.: 2:21-cv-2438-MBS-MHC |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | |
| CHARLESTON COUNTY AND | ) | **NOTICE OF REMOVAL** |
| BARRETT TOLBERT, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

TO: The Honorable Judges of the United States District Court for the District of South Carolina

Defendant Charleston County (the "County") files this Notice of Removal to remove this action from the Court of Common Pleas for the Ninth Judicial Circuit for the State of South Carolina to this Court pursuant to Rule 28 U.S.C. §§ 1331 and 1441(c). In support of this Notice, the County would show the following:

I.

On June 26, 2021, an action was filed in the Court of Common Pleas for the Ninth Judicial Circuit, State of South Carolina, captioned "*Belinda Paloblanco vs. Charleston County and Barrett Tolbert*" and designated Case No.: 2021-CP-10-02970. A copy of the Summons and Complaint is attached hereto as "Exhibit A." The County received a copy of the Summons and Complaint on July 7, 2021, by way of a deputy sheriff serving process.

II.

The action referred to in Paragraph I is a civil action over which this Court has original and removal jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1441 (a) and (c). Specifically, the Complaint alleges violations of Title VII of the Civil Rights Act.

III.

This Notice of Removal has been filed within thirty (30) days after the earliest date of service of the Summons and Complaint, and the time for filing this Notice of Removal pursuant to 28 U.S.C. § 1446(b) has not expired.

IV.

Written notice of the filing of this Notice of Removal will be promptly served on counsel for Plaintiff.

V.

A true and correct copy of this Notice of Removal will be filed with the Clerk of the Court of Common Pleas for the Ninth Judicial Circuit, State of South Carolina, as provided under 28 U.S.C. § 1446(d).

WHEREFORE, the County removes this action to this Court's jurisdiction.

s/ Bob J. Conley

Caroline Wrenn Cleveland (FID #5478)
Bob J. Conley (FID #6791)
CLEVELAND & CONLEY, LLC

171 Church Street, Suite 310
Charleston, South Carolina 29401
(843) 577-9626 (telephone)
(843) 577-6672 (facsimile)
ccleveland@clevelandlaborlaw.com
bconley@clevelandlaborlaw.com

ATTORNEYS FOR DEFENDANT
CHARLESTON COUNTY

Charleston, South Carolina
August 4, 2021